AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

## DISTRICT OF NEBRASKA

United States of America )
v. )
ALBERTO VILLALBA-LOPEZ )
)  Case No:  8:11CR71
)  USM No:  24044-047
Date of Original Judgment:        12/14/2011        )
Date of Previous Amended Judgment:                  )  Karen M. Shanahan
*(Use Date of Last Amended Judgment if Any)*           *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of        80        months **is reduced to**   70 months                        .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated        12/14/2011        shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        07/30/2015                        /s/ Lyle E. Strom
                                                     *Judge's signature*

Effective Date:        11/01/2015                    LYLE E. STROM, Senior Judge
        *(if different from order date)*              *Printed name and title*